AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

JESSICA E.,

      Plaintiff,

v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:23-cv-00107-PK

IT IS ORDERED AND ADJUDGED

that the decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g)

June 14, 2024

*Date*

BY THE COURT:

_____
Paul Kohler
United States Magistrate Judge